FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2013
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY /s/ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　　v.<br>THOMAS RANDOR<br>　　　　　　Defendant. | Case No.: ED 13-227M<br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **EASTERN** District of **MISSOURI** for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- INSUFFICIENT BACKGROUND INFORMATION
- INSUFFICIENT BAIL RESOURCE INFORMATION
- ALLEGATION OF ABSCONDING FROM SUPERVISION

1

1  and/or

2  B.     ( )     The defendant has not met his/her burden of establishing by clear and
3                 convincing evidence that he/she is not likely to pose a danger to the
4                 safety of any other person or the community if released under 18
5                 U.S.C. § 3142(b) or (c).  This finding is based on the following:

6  _____
7  _____
8  _____
9  _____

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.

15  Dated: 5/13/13

    _____
    HONORABLE DAVID T. BRISTOW
    United States Magistrate Judge